AO108(2/90) Application for Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

**Funds in the Amount of Twenty-eight Thousand Dollars ($28,000.00) on deposit in Union Bank of California in account number**

**APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT**

CASE NUMBER: 06 - 421 - M - 01

I, _____Steve Francis_____ being duly sworn depose and say:

I am a(n) <u>Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement</u> and have reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely (describe the property to be seized)

> Funds in the Amount of Twenty-eight Thousand Dollars ($28,000.00) on deposit in Union Bank of California in account number

which are (state one or more bases for seizure under the United States Code) funds derived from proceeds traceable to a violation of Title 18, United States Code, Section 371 and Title **50, United States Code, Section 1705,** and are therefore subject to forfeiture

concerning a violation of Title __18__ United States Code, Section(s) 981(a)(1)(C). The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES  ☐ NO

William R. Cowden, Chief
Asset Forfeiture Unit, Criminal Division
(202) 307-0258

Signature of Affiant
Steve Francis, Special Agent
United States Department of Homeland Security,
Immigration and Customs Enforcement

Sworn to before me, and subscribed in my presence

Date   SEP 29 2006
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

at Washington, D.C.

Name and Title of Judicial Officer    Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>10/4/06. | DATE AND TIME WARRANT EXECUTED<br>10/5/06 9:36 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF Dan Kenny | | |
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT<br><br>$6,459.64 U.S. currency from acct #<br>(cashier's check to be forwarded via<br>FedEx or registered mail) | | |

**FILED**

OCT 19 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

RICHARD RIEFENHOLD ICE SPECIAL AGENT

Subscribed, sworn to, and returned before me this date.

_____   10/19/06
U.S. Judge or U.S. Magistrate Judge      Date

## CASHIER'S CHECK

Westwood Office - 036
(OFFICE OF ISSUE)

11-49-7
1210

REMITTER: Union Bank - Legal Process Department
M & M Investment Co

DATE: 10/11/2006

PAY TO THE ORDER OF ********U S Customs and Border Protection********    $ $$$$$$6,459.64

SIX THOUSAND FOUR HUNDRED FIFTY NINE AND 64/100 DOLLARS

UNION
BANK OF
CALIFORNIA
UNION BANK OF CALIFORNIA, N.A.
SAN FRANCISCO, CALIFORNIA
800-238-4486

(AUTHORIZED SIGNATURE)